UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELARY GREEN

      Plaintiff,

v.                                                        Case No.  8:07-cv-1790-T-24-EAJ

NORTHWEST AIRLINES, INC.,

      Defendant.

_____/

**ORDER**

This cause comes before the Court on Defendant's Written Designation and Consent to Act By Leslie Eason, and Defendant's Written Designation and Consent to Act by Todd Wozniak (Doc. Nos. 6 and 7), which the Court construes as motions to appear *pro hac vice*. Ms. Eason and Mr. Wozniak have complied with the *pro hac vice* appearance requirements of Local Rule 2.02(a).  Accordingly, it is ORDERED and ADJUDGED that Ms. Eason and Mr. Wozniak may appear *pro hac vice* on behalf of Defendant in the instant matter.  Ms. Eason and Mr. Wozniak are directed to sign up for CM/ECF.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of October, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record