UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELARY GREEN,

    Plaintiff,

v.                                          Case No.  8:07-cv-1790-T-24-EAJ

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Stipulation of Partial Dismissal With Prejudice (Doc. No. 14).  Plaintiff Melary Green and Defendant Northwest Airlines, Inc. have agreed to the dismissal of Count Five of Plaintiff's complaint with prejudice, and have also agreed that each party will bear their own costs and expenses related to such count.  Accordingly, it is ORDERED AND ADJUDGED that Count Five of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of February, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record